Roderick G. Dorman (SBN 96908)
rdorman@mckoolsmith.com
MCKOOL SMITH P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200

Douglas A. Cawley (TX SBN 04035500) (Pro Hac Vice)
dcawley@mckoolsmith.com
MCKOOL SMITH P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000

Joshua W. Budwin (TX SBN 24050347) (Pro Hac Vice)
jbudwin@mckoolsmith.com
John B. Campbell (TX SBN 24036314) (Pro Hac Vice)
jcampbell@mckoolsmith.com
Kristina S. Baehr (TX SBN 24080780 (Pro Hac Vice)
kbaehr@mckoolsmith.com
R. Mitch Verboncoeur (TX SBN 24105732) (Pro Hac Vice)
mverboncoeur@mckoolsmith.com
MCKOOL SMITH P.C.
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700

Attorneys for Plaintiff
ROVI GUIDES, INC.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| ROVI GUIDES, INC., <br><br> Plaintiff, <br><br> v. <br><br> COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC; COMCAST BUSINESS COMMUNICATIONS, LLC; COMCAST HOLDINGS CORPORATION; COMCAST SHARED SERVICES, LLC; COMCAST OF SANTA MARIA, LLC; and COMCAST OF LOMPOC, LLC, <br><br> Defendants. | Case No. 2:19-cv-00275-AG-FFM <br><br> Judge: Andrew J. Guilford <br><br> **STIPULATION TO FILE FIRST AMENDED COMPLAINT** <br><br> **DEMAND FOR JURY TRIAL** |

Plaintiff Rovi Guides, Inc. (Rovi) and Defendants Comcast Corporation, Comcast Cable Communications, LLC, Comcast Cable Communications Management, LLC, Comcast Business Communications, LLC, Comcast Holdings Corporation, NBCUniversal Shared Services, LLC (formerly known as Comcast Shared Services, LLC), Comcast of Santa Maria, LLC, and Comcast of Lompoc, LLC, submit the following Stipulation to File its First Amended Complaint under Local Rule 15-1:

WHEREAS, Rovi filed its initial complaint in the above-titled action on January 14, 2019;

WHEREAS, Rovi filed proofs of service according to which its summons and complaint were served on Defendants on January 16 and 17, 2019;

WHEREAS, counsel for Defendants appeared on February 1, 2019;

WHEREAS, Defendants requested and Rovi agreed to extend the deadline for Defendants to answer or otherwise respond to the initial complaint to March 8, 2019;

WHEREAS, Plaintiff's deadlines to amend the complaint without leave were February 7 and 8, 2019;

WHEREAS, a copy of Plaintiff's proposed First Amended Complaint is attached hereto as Exhibit A;

NOW, THEREFORE, the Parties stipulate and agree that Plaintiff has obtained Defendants' written consent to file the First Amended Complaint in the above-titled action.

IT IS SO STIPULATED.

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs are filing a First Amended Complaint by stipulation under Rule 15(a)(2)(A), Fed. R. Civ. P.

| | |
|---|---|
| DATED: March 6, 2019 | Respectfully submitted,<br>MCKOOL SMITH, P.C.<br>*/s/ Roderick G. Dorman*<br>Roderick G. Dorman (SBN 96908)<br>rdorman@mckoolsmith.com<br>300 S. Grand Avenue, Suite 2900<br>Los Angeles, California 90071<br>(213) 694-1200 / (213) 694-1234 (fax)<br><br>Douglas A. Cawley (*pro hac vice*)<br>dcawley@mckoolsmith.com<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>(214) 978-4000 / (214) 978-4044 (fax)<br><br>Joshua W. Budwin (*pro hac vice*)<br>jbudwin@mckoolsmith.com<br>John B. Campbell (*pro hac vice*)<br>jcampbell@mckoolsmith.com<br>Kristina S. Baehr (*pro hac vice*)<br>kbaehr@mckoolsmith.com<br>R. Mitch Verboncoeur *(pro hac vice)*<br>mverboncoeur@mckoolsmith.com<br>300 W. 6th Street, Suite 1700<br>Austin, Texas 78701<br>(512) 692-8700 / (512) 692-8744 (fax)<br>*Attorneys for Plaintiff*<br><br>DAVIS POLK & WARDWELL LLP<br>*/s/ Ashok Ramani*<br>1600 El Camino Real<br>Menlo Park, California 94025<br>(650) 752-2000 / (650) 752-2111<br>*ATTORNEY FOR DEFENDANTS* |

**LOCAL RULE 5-4.3.4 ATTESTATION**

I, Roderick Dorman, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

BY: */s/ Roderick G. Dorman*

RODERICK G. DORMAN

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via ECF on March 6, 2019.

BY: */s/ Roderick G. Dorman*

RODERICK G. DORMAN

McKool Smith, P.C.