UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 19-00275-AG (FFMx) | Date | May 20, 2019 |
|---|---|---|---|
| Title | Rovi Guides, Inc. v. Comcast Corporation, et al. | | |

PRESENT:

**HONORABLE ANDREW J. GUILFORD, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:

Roderick Dorman
Douglas Cawley (PHV)
John Campbell (PHV)
Kristina Baehr (PHV)

ATTORNEYS PRESENT FOR DEFENDANT:

Ashok Ramani
David Lisson
Serge Vornov

**PROCEEDINGS: SCHEDULING CONFERENCE**

Cause is called for hearing and counsel make their appearances.   Court and counsel confer.

The Court sets the following dates:

Discovery Cut-Off is November 9, 2020.

A Final Pretrial Conference is set for January 25, 2021, at 8:30 a.m.

A Jury Trial is set for February 9, 2021 at 9:00 a.m.   Court sets the length of the trial at 7 days.

Scheduling Order Specifying Procedures is signed and filed this date

Counsel stipulate to and the Court orders ADR Procedure No. 3.

   0   :   20

Initials of Deputy Clerk   rrp

cc: ADR