1  Roderick G. Dorman (SBN 96908)
   rdorman@mckoolsmith.com
2  MCKOOL SMITH P.C.
3  300 South Grand Avenue, Suite 2900
   Los Angeles, California 90071
4  Telephone:  (213) 694-1200

5  Douglas A. Cawley (TX SBN 04035500) (Pro Hac Vice)
   dcawley@mckoolsmith.com
6  MCKOOL SMITH P.C.
7  300 Crescent Court, Suite 1500
   Dallas, Texas 75201
8  Telephone:  (214) 978-4000
9  Joshua W. Budwin (TX SBN 24050347) (Pro Hac Vice)
   jbudwin@mckoolsmith.com
10 John B. Campbell (TX SBN 24036314) (Pro Hac Vice)
11 jcampbell@mckoolsmith.com
   Kristina S. Baehr (TX SBN 24080780) (Pro Hac Vice)
12 kbaehr@mckoolsmith.com
13 R. Mitch Verboncoeur (TX SBN 24105732) (Pro Hac Vice)
   mverboncoeur@mckoolsmith.com
14 MCKOOL SMITH P.C.
15 300 W. 6th Street, Suite 1700
   Austin, Texas 78701
16 Telephone:  (512) 692-8700
17
   Attorneys for Plaintiff
18 ROVI GUIDES, INC.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROVI GUIDES, INC., <br><br> Plaintiff, <br><br> v. <br><br> COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC; COMCAST BUSINESS COMMUNICATIONS, LLC; COMCAST HOLDINGS CORPORATION; COMCAST SHARED SERVICES, LLC; COMCAST OF SANTA MARIA, LLC; and COMCAST OF LOMPOC, LLC, <br><br> Defendants. | Case No. 2:19-cv-00275-AG-FFM <br><br> Judge: Andrew J. Guilford <br><br> **JOINT MOTION FOR ENTRY OF PROCEDURAL SCHEDULE AND DISCOVERY ORDER** |

| | |
|---|---|
| 1 | In accordance with the status conference on May 20, 2019, the Parties have |
| 2 | met and conferred and resolved any disagreements as to the procedural schedule |
| 3 | and discovery order. The parties hereby submit the attached agreed order and |
| 4 | respectfully ask the Court to enter it. |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | | |
|---|---|---|
| 1 | DATED: June 24, 2019 | Respectfully submitted, |
| 2 | | MCKOOL SMITH, P.C. |
| 3 | | */s/ Roderick G. Dorman* |
| | | Roderick G. Dorman (SBN 96908) |
| 4 | | rdorman@mckoolsmith.com |
| 5 | | 300 S. Grand Avenue, Suite 2900 |
| | | Los Angeles, California 90071 |
| 6 | | (213) 694-1200 / (213) 694-1234 (fax) |
| 7 | | |
| | | Douglas A. Cawley (*pro hac vice*) |
| 8 | | dcawley@mckoolsmith.com |
| 9 | | 300 Crescent Court, Suite 1500 |
| | | Dallas, Texas 75201 |
| 10 | | (214) 978-4000 / (214) 978-4044 (fax) |
| 11 | | |
| 12 | | Joshua W. Budwin (*pro hac vice*) |
| | | jbudwin@mckoolsmith.com |
| 13 | | John B. Campbell (*pro hac vice*) |
| | | jcampbell@mckoolsmith.com |
| 14 | | Kristina S. Baehr (*pro hac vice*) |
| 15 | | kbaehr@mckoolsmith.com |
| | | R. Mitch Verboncoeur *(pro hac vice)* |
| 16 | | mverboncoeur@mckoolsmith.com |
| 17 | | 300 W. 6th Street, Suite 1700 |
| | | Austin, Texas 78701 |
| 18 | | (512) 692-8700 / (512) 692-8744 (fax) |
| 19 | | |
| 20 | | *ATTORNEYS FOR PLAINTIFF* |
| 21 | | DAVIS POLK & WARDWELL LLP |
| | | */s/ David J. Lisson* |
| 22 | | David J. Lisson (SBN 250994) |
| 23 | | david.lisson@davispolk.com |
| | | Ashok Ramani (SBN 200020) |
| 24 | | ashok.ramani@davispolk.com |
| 25 | | Micah G. Block (SBN 270712) |
| | | micah.block@davispolk.com |
| 26 | | Gareth E. DeWalt (SBN 261479) |
| 27 | | |
| 28 | | |

gareth.dewalt@davispolk.com
Philip T. Sheng (SBN 278422)
philip.sheng@davispolk.com
Serge A. Voronov (SBN 298655)
serge.voronov@davispolk.com
1600 El Camino Real
Menlo Park, California 94025
(650) 752-2000 / (650) 752-2111 (fax)

*ATTORNEYS FOR DEFENDANTS*

## LOCAL RULE 5-4.3.4 ATTESTATION

I, Roderick Dorman, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

BY: */s/ Roderick G. Dorman*
RODERICK G. DORMAN

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via ECF on June 24, 2019.

BY: */s/ Roderick G. Dorman*
RODERICK G. DORMAN