# NOTE: CHANGES MADE BY THE COURT

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROVI GUIDES, INC., <br>           Plaintiff, <br>     v. <br> COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC; COMCAST BUSINESS COMMUNICATIONS, LLC; COMCAST HOLDINGS CORPORATION; COMCAST SHARED SERVICES, LLC; COMCAST OF SANTA MARIA, LLC; and COMCAST OF LOMPOC, LLC, <br>           Defendants. | Case No. 2:19-cv-00275-AG-FFM <br><br> Judge: Andrew J. Guilford <br><br> **PROCEDURAL SCHEDULE ORDER** |

## PROCEDURAL SCHEDULE

| Event | Deadline |
|---|---|
| Exchange of Proposed Constructions | July 1, 2019 |
| Joinder and Amendment Motions | July 19, 2019 |
| Completion of Claim Construction Discovery | July 29, 2019 |
| Joint Claim Construction and Prehearing Statement | August 5, 2019 |
| Claim Construction Opening Briefs | August 26, 2019 |
| Claim Construction Response Briefs | September 23, 2019 |
| Claim Construction Hearing | **October 16, 2019 at 9:30 a.m.** |

| Event | Deadline |
|---|---|
| Substantial Document Production Date | November 22, 2019 |
| Last Day to Serve Written Discovery | July 8, 2020 |
| End of Fact Discovery | August 7, 2020 |
| Final Infringement Contentions | August 17, 2020 |
| S.P.R. § 4.4 Advice of Counsel Disclosure and Privilege Log | August 17, 2020 |
| Rovi's Rule 26 Expert Reports for Issues on which Rovi Bears the Burden of Proof | August 17, 2020 |
| Final Invalidity Contentions | September 14, 2020 |
| Comcast's Rule 26 Expert Reports for Issues on which Comcast Bears the Burden of Proof | September 14, 2020 |
| Comcast's Rebuttal Expert Reports | September 14, 2020 |
| Rovi's Rebuttal Expert Reports | October 12, 2020 |
| Discovery Cut-Off | November 9, 2020 |
| Last Day to File Dispositive Motions | December 7, 2020 |
| Last Day to File Daubert Motions | December 7, 2020 |
| Last Day to File Discovery Motions | December 9, 2020 |
| Alternative Dispute Resolution Deadline | December 11, 2020 |
| L.R. 16-2.1 Meeting of Counsel and Related Disclosures | December 16, 2020 |
| L.R. 16-4 Memorandum of Contentions of Law and Fact | January 4, 2021 |
| Rule 26(a)(3) Pretrial Disclosures, including L.R. 16-5 Witness Lists and L.R. 16-6 Exhibit Lists | January 4, 2021 |
| Motions in Limine | January 11, 2021 |
| Final Pretrial Conference Order | January 14, 2021 |
| Rule 26(a)(3)(B) Objections | January 14, 2021 |
| Responses to Motions in Limine | January 18, 2021 |
| Final Pretrial Conference | **January 25, 2021 at 8:30 a.m.** |
| L.R. 16-3 Disclosure of Graphic and Illustrative Materials | January 29, 2021 |
| Proposed Voir Dire Questions | February 2, 2021 |

| Event | Deadline |
|---|---|
| Last Day to Serve Trial Briefs | February 2, 2021 |
| Proposed Jury Instructions | February 2, 2021 |
| *Trial* | ***February 9, 2021 at 9:00 a.m.*** |

Dated: June 26, 2019

_____
U.S. District Court Judge
Andrew J. Guilford