Ashok Ramani (SBN 200020)
ashok.ramani@davispolk.com
David J. Lisson (SBN 250994)
david.lisson@davispolk.com
Micah G. Block (SBN 270712)
micah.block@davispolk.com
Gareth E. DeWalt (SBN 261479)
gareth.dewalt@davispolk.com
Philip T. Sheng (SBN 278422)
philip.sheng@davispolk.com
Serge A. Voronov (SBN 298655)
serge.voronov@davispolk.com
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROVI GUIDES, INC., <br><br> Plaintiff, <br><br> v. <br><br> COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC; COMCAST BUSINESS COMMUNICATIONS, LLC; COMCAST HOLDINGS CORPORATION; COMCAST SHARED SERVICES, LLC; COMCAST OF SANTA MARIA, LLC; and COMCAST OF LOMPOC, LLC, <br><br> Defendants. | Case No. 2:19-cv-0275-AG (FFMx) <br><br> **JOINT STIPULATION TO CONTINUE CLAIM CONSTRUCTION HEARING DATE** <br><br> Judge: The Hon. Andrew J. Guilford |

WHEREAS, in addition to the above captioned case, Rovi and Comcast as well as the undersigned counsel are involved in Investigation No. 337-TA-1158 currently pending before the International Trade Commission (the "ITC");

WHEREAS, on June 7, 2019, the Administrative Law Judge in Investigation No. 337-TA-1158 set the claim construction hearing in that Investigation for the week of October 15, 2019 in Washington, D.C. and the evidentiary hearing in that Investigation for January 21-28, 2020;

WHEREAS, on June 26, 2019, this Court entered a Procedural Schedule Order (Dkt. 73) in this case, setting the Claim Construction Hearing for October 16, 2019 in Santa Ana, CA;

WHEREAS, the Parties anticipate that the claim construction hearings in Investigation No. 337-TA-1158 and this matter will involve many of the same counsel and wish to avoid scheduling conflicts and reduce logistical burdens;

WHEREAS, trial in this case is not scheduled to begin until February 9, 2021;

NOW, THEREFORE, for good cause shown, the Parties to the above-captioned matter, by and through their counsel of record, hereby stipulate and respectfully request that this Court continue the Claim Construction Hearing from October 16, 2019 to the next week or at the Court's convenience shortly thereafter.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: July 10, 2019 | Respectfully submitted,<br>DAVIS POLK & WARDWELL LLP |
| 2 | | |
| 3 | | */s/ Micah G. Block* |
| | | Ashok Ramani (SBN 200020)<br>ashok.ramani@davispolk.com |
| 4 | | David J. Lisson (SBN 250994)<br>david.lisson@davispolk.com |
| 5 | | Micah G. Block (SBN 270712)<br>micah.block@davispolk.com |
| 6 | | Gareth E. DeWalt (SBN 261479)<br>gareth.dewalt@davispolk.com |
| 7 | | 1600 El Camino Real<br>Menlo Park, California 94025 |
| 8 | | (650) 752-2000 / (650) 752-2111 (fax) |
| 9 | | *Attorneys for Defendants* |
| 10 | | MCKOOL SMITH PC |
| | | */s/ Chris Bovenkamp* |
| 11 | | Roderick G. Dorman (SBN 96908)<br>rdorman@mckoolsmith.com |
| 12 | | 300 South Grand Ave., Suite 2900<br>Los Angeles, California 90071 |
| 13 | | Telephone:   (213) 694-1200<br>Facsimile:    (213) 694-1234 |
| 14 | | Douglas A. Cawley (*pro hac vice*)<br>dcawley@mckoolsmith.com |
| 15 | | Chris Bovenkamp (*pro hac vice*)<br>cbovenkamp@mckoolsmith.com |
| 16 | | Richard Kamprath (*pro hac vice*)<br>rkamprath@mckoolsmith.com |
| 17 | | 300 Crescent Court, Suite 1500<br>Dallas, Texas 75201 |
| 18 | | (214) 978-4000 / (214) 978-4044 (fax) |
| 19 | | Joshua W. Budwin (*pro hac vice*)<br>jbudwin@mckoolsmith.com |
| 20 | | John B. Campbell, Jr. (*pro hac vice*)<br>jcampbell@mckoolsmith.com |
| 21 | | R. Mitch Verboncoeur (*pro hac vice*)<br>mverboncoeur@mckoolsmith.com |
| 22 | | 300 West 6th Street, Suite 1700<br>Austin, Texas 78701 |
| 23 | | (512) 692-8700 / (512) 692-8744 (fax) |
| 24 | | *Attorneys for Plaintiff* |
| 25 | | |

LOCAL RULE 5-4.3.4 ATTESTATION

I, Micah G. Block, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Micah G. Block*
Micah G. Block