1  Roderick G. Dorman (SBN 96908)
   rdorman@mckoolsmith.com
2  MCKOOL SMITH P.C.
   300 South Grand Avenue, Suite 2900
3  Los Angeles, California 90071
   Telephone: (213) 694-1200
4  Douglas A. Cawley (TX SBN 04035500) (Pro Hac Vice)
   dcawley@mckoolsmith.com
5  MCKOOL SMITH P.C.
   300 Crescent Court, Suite 1500
6  Dallas, Texas 75201
   Telephone: (214) 978-4000
7  Joshua W. Budwin (TX SBN 24050347) (Pro Hac Vice)
   jbudwin@mckoolsmith.com
8  John B. Campbell (TX SBN 24036314) (Pro Hac Vice)
   jcampbell@mckoolsmith.com
9  Leah Buratti (TX SBN 24064897) (Pro Hac Vice)
   lburatti@mckoolsmith.com
10 R. Mitch Verboncoeur (TX SBN 24105732) (Pro Hac Vice)
   mverboncoeur@mckoolsmith.com
11 MCKOOL SMITH P.C.
   300 W. 6th Street, Suite 1700
12 Austin, Texas 78701
   Telephone: (512) 692-8700
13
   Attorneys for Plaintiff
14 ROVI GUIDES, INC.

15 **UNITED STATES DISTRICT COURT**

16 **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 17  ROVI GUIDES, INC., | Case No. 2:19-cv-00275-AG-FFM |
| 18                Plaintiff, | |
| 19       v. | **JOINT STATUS REPORT** |
| 20  COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; | |
| 21  COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC; COMCAST | Judge: Andrew J. Guilford |
| 22  BUSINESS COMMUNICATIONS, LC; COMCAST HOLDINGS CORPORATION; | |
| 23  COMCAST SHARED SERVICES, LLC; COMCAST OF SANTA MARIA, LLC; and | |
| 24  COMCAST OF LOMPOC, LLC, | |
| 25                Defendants. | |

This matter is currently stayed pending resolution of *inter partes* review proceedings. Dkt. No. 98. On January 17, 2020, the Court ordered the parties to "file a joint status report" by March 2, 2020. *Id*. Accordingly, counsel for Plaintiff (Rovi) and Defendants (Comcast) respectfully submit this joint status report.

Between July 19, 2019 and August 19, 2019, Comcast filed twenty-three petitions for *inter partes* review related to the eight Patents-in-Suit. Comcast filed three petitions each for U.S. Patent Nos. 7,873,978 (the "978 Patent"), 8,272,019 (the "019 Patent"), 8,448,215 (the "215 Patent"), 8,973,069 (the "069 Patent"), 9,055,319 (the "319 Patent"), 9,118,948 (the "948 Patent"), and 9,232,254 (the "254 Patent"); and two petitions for U.S. Patent No. 7,735,107 (the "107 Patent") (collectively, the "Patents-in-Suit").

On January 23, 2020, the PTAB granted an institution of IPR for the '019 Patent. Oral argument, if requested, is set for October 23, 2020. A final written decision is due January 22, 2021.

On January 27, 2020, the PTAB granted an institution of IPR for the '215 Patent. Oral argument, if requested, is set for October 27, 2020. A final written decision is due January 27, 2021.

On January 30, 2020, the PTAB granted an institution of IPR for the '948 Patent. Oral argument, if requested, is November 4, 2020. A final written decision is due January 29, 2021.

On January 31, 2020, the PTAB granted an institution of IPR for the '254 Patent. Oral argument, if requested, is November 4, 2020. A final written decision is due January 29, 2021.

On February 10, 2020, the PTAB granted an institution of IPR for the '319 Patent. Oral argument, if requested, is November 4, 2020. A final written decision is due February 10, 2021.

On February 11, 2020, the PTAB granted an institution of IPR for the '107 Patent. Oral argument, if requested, is November 17, 2020. A final written decision is due February 11, 2021.

On February 11, 2020, the PTAB granted an institution of IPR for the '978 Patent. Oral argument, if requested, is set for November 17, 2020. A final written decision is due February 11, 2021.

On February 12, 2020, the PTAB granted an institution of IPR for the '069 Patent. Oral argument, if requested, is set for November 12, 2020. A final written decision is due February 12, 2021.

The PTAB has thus instituted IPR of all eight of the Patents-in-Suit. Accordingly, the parties respectfully request that the stay remain in place until the PTAB issues a final written decision in each of the instituted IPRs, that the March 9, 2020 status conference be vacated, and that the parties submit a joint status report by February 26, 2021.

| | | |
|---|---|---|
| 1 | DATED: March 2, 2020 | Respectfully submitted, |
| 2 | | |
| 3 | DAVIS POLK & WARDWELL LLP | MCKOOL SMITH, P.C. |

*/s/ Gareth E. DeWalt*
Ashok Ramani (SBN 200020)
ashok.ramani@davispolk.com
David J. Lisson (SBN 250994)
david.lisson@davispolk.com
Micah G. Block (SBN 270712)
micah.block@davispolk.com
Gareth E. DeWalt (SBN 261479)
gareth.dewalt@davispolk.com
1600 El Camino Real
Menlo Park, California 94025
(650) 752-2000 / (650) 752-2111 (FAX)

*ATTORNEYS FOR DEFENDANT*

*/s/ Leah B. Buratti*
Roderick G. Dorman (SBN 96908)
rdorman@mckoolsmith.com
300 S. Grand Avenue, Suite 2900
Los Angeles, California 90071
(213) 694-1200 / (213) 694-1234 (fax)

Douglas A. Cawley (*pro hac vice*)
dcawley@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas 75201
(214) 978-4000 / (214) 978-4044 (fax)

Joshua W. Budwin (*pro hac vice*)
jbudwin@mckoolsmith.com
John B. Campbell (*pro hac vice*)
jcampbell@mckoolsmith.com
Leah B. Buratti (*pro hac vice*)
lburatti@mckoolsmith.com
R. Mitch Verboncoeur *(pro hac vice)*
mverboncoeur@mckoolsmith.com
300 W. 6th Street, Suite 1700
Austin, Texas 78701
(512) 692-8700 / (512) 692-8744 (fax)

*ATTORNEYS FOR PLAINTIFF*