# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ROVI GUIDES, INC.,

               Plaintiffs,

       v.

COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC; COMCAST BUSINESS COMMUNICATIONS, LLC; COMCAST HOLDINGS CORPORATION; COMCAST SHARED SERVICES, LLC; COMCAST OF SANTA MARIA, LLC; and COMCAST OF LOMPOC, LLC,

               Defendants.

Case No. 2:19-cv-00275-DOC

Judge: David O. Carter

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL [104]**

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal. The Court, having considered the matter and being so advised, GRANTS this motion.

It is SO ORDERED.

Date: November 12, 2020

_David O. Carter_

The Honorable David O. Carter
UNITED STATES DISTRICT JUDGE

1